CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Bryan Guillermo Leyva-Flores**<br>DOB: 1997; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-00542MJ |

| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about April 17, 2025, in the District of Arizona, **Bryan Guillermo Leyva-Flores,** named herein as a defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On April 17, 2025, in the District of Arizona, Homeland Security Investigations (HSI) Special Agents (SAs), conducted a controlled undercover ruse delivery of illegal aliens (IAs) from the United States International Border, near the town of San Miguel, Arizona, from a human smuggling coordinator residing in Nogales, Mexico. At approximately 10:00 a.m., HSI SA's communicated with a smuggling coordinator, believed to be living in Mexico, on WhatsApp. HSI SAs and HSI undercover SAs coordinated the pickup of two IAs near milepost zero on Federal Indian Route 19 near San Miguel, Arizona. The coordinator in Mexico stated that he would have the two IAs ready to be smuggled around 12:00 p.m. They also communicated that they would pay the HSI SAs approximately $3,500 for each IA smuggled. The coordinator expressed that the IAs would be smuggled to Phoenix, Arizona after the pickup in San Miguel. At approximately 12:15 p.m., HSI undercover SAs coordinated the pickup of the two IAs near San Miguel with the assistance of the coordinator. The coordinator told the HSI undercover SAs that they needed them to travel to Phoenix to drop off the IAs to one of their friends to get paid. HSI SAs and United States Border Patrol Agents simulated a traffic stop and apprehended the two IAs that had gotten into the undercover vehicle. The two IAs were identified as Benjamin Gomez-Barrios and N.S.-M., an unaccompanied 14-year-old. Both IAs determined to be citizens of Mexico without legal authorization to enter or remain in the United States.

To continue the ruse delivery, additional undercover SAs replaced the IAs that were in the vehicle. At approximately 3:37 p.m., HSI undercover SAs negotiated with the coordinator that they could meet his friend in the Safeway parking lot at 340 E McDowell Road, Phoenix, Arizona. At Approximately 4:15 p.m., HSI undercover SAs encountered a silver Hyundai Sonata in the parking lot. HSI SAs noticed a male driving the car and a female in the passenger seat. HSI SAs observed the male subject, identified as **Bryan Guillermo Leyva-Flores**, get out of the Hyundai Sonata and walk over to the undercover SAs and great them with a handshake. **Leyva** asked the undercover SAs where the people were. **Leyva** then spoke to the undercover SAs in the truck as if they were IAs and asked them where they were from. HSI SAs then detained **Leyva**. In **Leyva's** possession was $6,300.00.

MATERIAL WITNESS IN RELATION TO THE CHARGE:

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>JOHN B LAKE  Digitally signed by JOHN B LAKE<br>Date: 2025.04.18 10:20:22 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Special Agent |
| Sworn by telephone __x__<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 18, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle